# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANAN MISAEL SALINAS BRAVO, | Case No. 1:26-cv-02664-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 9, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 16, 2026, the assigned district judge granted a preliminary injunction, ordered Petitioner be provided a bond hearing, and referred the matter "to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 7 at 3.)

///

///

///

///

1

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner may file a reply to Respondents' answer.[1]

IT IS SO ORDERED.

Dated:    **April 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On April 13, 2026, Respondents filed a "RESPONSE TO ORDER, OPPOSITION TO INJUNCTIVE RELIEF AND ANSWER TO HABEAS PETITION." (ECF No. 6.) Therein, Respondents state that "Respondents are amenable to the Court ruling on the underlying petition for writ of habeas corpus." (Id. at 1.)

2